
# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2007 SEP 28 PM 2: 25

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

RICHARD ANDREW BRUNO

Case Number: 6:00-CR-197-ORL-22KRS

USM Number: 24367-018

Clarence W. Counts, Jr., Esquire
Assistant Federal Public Defender

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers one through five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, occurring while on supervision. | June 25, 2007 |
| 2 | Positive urinalysis for cocaine and opiates in violation of condition number 7 of the standard conditions of supervision. | June 25, 2007 |
| 3 | Positive urinalysis for cannabinoids, cocaine, and opiates in violation of condition number 7 of the standard conditions of supervision. | June 27, 2007 |
| 4 | Positive urinalysis for cocaine in violation of condition number 7 of the standard conditions of supervision. | July 3, 2007 |
| 5 | Positive urinalysis for cocaine, opiates, and benzodiazepines in violation of condition number 7 of the standard conditions of supervision. | July 12, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The defendant has not violated conditions Six and Seven and is discharged as to such violation conditions.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/26/2007

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

September 28, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal